IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROCHELLE JEAN WRIGHT,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING GOVERNMENT'S MOTION TO REDUCE TERM OF SUPERVISED RELEASE<br><br>Case No. 2:06-CR-834 TS |

## I. INTRODUCTION

This matter is before the Court on the government's Motion to Reduce Term of Supervised Release because Defendant has successfully completed and graduated from the RISE drug reentry program. The Court grants the Motion and reduces the term by 12 months.

## II. BACKGROUND

On March 15, 2010, Defendant admitted violating the terms of her supervised release and her supervised release was revoked. On the same day, she was sentenced to 2 months in the custody of the BOP and 55 months of supervised release for a violation

1

of the conditions of the terms of her original supervised release. On April 18, 2010, she was referred to this district's RISE program.

## III. DISCUSSION

The Court may modify or reduce a term of supervision under 18 U.S.C. § 3583(e)(2) and Fed.R.Crim.P. 32.1. In making this determination, the Court must consider many of the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.[1]

The Court has considered these factors, has reviewed the docket and case file, has consulted with Defendant's supervising probation officer and has reviewed her supervision history and her many progress reports in the RISE program. The Court finds as follows: Defendant is compliant with the terms of her supervised release and the directives of the probation office but still has some restitution yet to pay. She has successfully completed the RISE program.

Based on these findings and on consideration of the applicable § 3553(a) factors, the Court finds that a reduction in the term of Defendant's term of supervised release is both warranted by the conduct of the offender and is in the interest of justice. The 55-month term of supervised release will be reduced by 12 months to 43 months.

## IV. CONCLUSION AND ORDER

Based upon the above, it is hereby

---

[1] 18 U.S.C. § 3583(e) (directing that the court consider factors set forth in § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)).

ORDERED that Government's Motion to Reduce Term of Supervised Release (Docket No. 113) is GRANTED and Defendant's 55-month term of supervised release is reduced by 12 months to 43 months.

SO ORDERED.

DATED this 17th day of May, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge